E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

Joal William Goodwin )
_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

"See Attached"
_Defendant(s)_
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. _____
_(to be filled in by the Clerk's Office)_

FILED
HARRISBURG, PA
APR 13 2020
PER _____
DEPUTY CLERK

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

The Clerk will not file a civil complaint unless the person seeking relief pays the entire filing fee (currently $350) and an administrative fee (currently $50) in advance, or the person applies for and is granted in forma pauperis status pursuant to 28 U.S.C. § 1915. A prisoner who seeks to proceed in forma pauperis must submit to the Clerk (1) a completed affidavit of poverty and (2) a copy of the trust fund account statement for the prisoner for the six month period immediately preceding the filing of the complaint, obtained from and certified as correct by the appropriate official of each prison at which the prisoner is or was confined for the preceding six months. See 28 U.S.C. § 1915(a)(2).

If the Judge enters an order granting a prisoner's application to proceed in forma pauperis, then the order will assess the filing fee (currently $350) against the prisoner and collect the fee by directing the agency having custody of the prisoner to deduct an initial partial filing fee equal to 20% of the greater of the average monthly deposits to the prison account or the average monthly balance in the prison account for the six-month period immediately preceding the filing of the complaint, as well as monthly installment payments equal to 20% of the preceding month's income credited to the account for each month that the balance of the account exceeds $10.00, until the entire filing fee has been paid. See 28 U.S.C. § 1915(b). **A prisoner who is granted leave to proceed in forma pauperis is obligated to pay the entire filing fee regardless of the outcome of the proceeding, and is not entitled to the return of any payments made toward the fee.**

Kathleen Hawk-Sawyer
North East Regional Director
Regional Counsel Darrin Howard
Warden Quay
Associat Warden Bobson
Executive Assistant Ms. Brown
Unit Manager Lin
Case Manager Camuery
Counselor Bastian
Ceptian Hall
SIA Prateman
SIS Lt. Barlow
SIS Tech unknown
unknown SHU officer
SHU Officer Shrak
SHU Officer Conedia?
SHU Officer J. Sones
PA Bennett-Meehen
PA Holeappie
Dr. Kimble
Dr. Powell
Dr. Moore
Ceplin Knepp
PHO Bittenbender
Associate Warden Klien

Dr. Kathleen Hawk-Sawyer
320 First St NW
Washington, DC 20534

Regional Director
US Custom House
2nd and Chestnut St 7th Fl
Philidelphia, PA. 19106

Darran Howerd
US Custom House 7th Fl
2nd and Chestnut St
Philidelphia, PA 19106

Unit Manager Lin
PO BOX 3500
White Deer, PA. 17887

Case Manager G. Mudry
PO Box 3500
White Deer, PA. 17887

Counselor Bastian
PO Box 3500
White Deer, PA. 17887

SIA Prutzmas
PO Box 3500
White Deer, PA. 17887

SIS Lt. Barlow
~~350~~ PO Box 3500
White Deer, PA. 17887

SIS Tech unknown
PO Box 3500
White Deer, PA. 17887

~~Lt.~~

unknown SHU Officer 2nd shift
PO Box 3500
White Deer, PA. 17887

SHU Officer Vonedka 2nd shift
~~PO Box 3500~~
White Deer, PA 17887

SHU Officer Shrake 2nd Shift
PO Box 3500
White Deer, PA. 17887

SHU officer J. Jones
PO BOX 3500
White deer, PA. 17887

PA Bennett-Meehan
PO Box 3500
White Deer, PA. 17887

PA Holzapple
PO Box 3500
White Deer, PA. 17887

Dr. Kimble chief psychologist
~~PA Holzapple chief psychologist~~
PO Box 3500
White Deer, PA 17887

Dr. A. Powell care 3 psychologist
PO Box 3500
White Deer, PA. 17887

Pr. Moore challenge coordinator
PO Box 3500
White Deer, PA. 17887

Chaplin Knepp
PO Box 3500
White Deer, PA. 17887

DHO Bittenbender
PO Box 3500
White Deer, PA. 17887

AW Klieu
PO Box 3500
White Deer, PA. 17887

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Joal William Goodwin
All other names by which you have been known: Joel William Goodwin
ID Number: 19581-031
Current Institution: USP Allenwood
Address: PO Box 3000
White Deer   PA   17887
City   State   Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Mr. Quay
Job or Title (if known): Warden
Shield Number:
Employer: FBOP
Address: USP Allenwood PO Box 3500
White Deer   PA   17887
City   State   Zip Code
[ ] Individual capacity   [x] Official capacity

Defendant No. 2
Name: Mr. Gibson
Job or Title (if known): Associate Warden
Shield Number:
Employer: FBOP
Address: PO Box 3500
White Deer   PA   17887
City   State   Zip Code
[ ] Individual capacity   [x] Official capacity

Page 2 of 11

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

Defendant No. 3
Name: Mr Hall
Job or Title (if known): complex caption
Shield Number:
Employer: FBOP
Address: PO Box 3500
White Deer, PA 17887

☐ Individual capacity   ☒ Official capacity

Defendant No. 4
Name: Ms. Brown
Job or Title (if known): Executive Assistant
Shield Number:
Employer: FBOP
Address: PO Box 3500
White Deer, PA 17887

☐ Individual capacity   ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☒ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? First Amendment, Due Process, ~~16th~~ 6th and 8th Amendments, Civil Rights, Equal Opportunity, Fair wages, Harassment, Torture as mentally ill, cruel and unusual Punishment, Excessive Fines, Federal inmate other than supreme court approved Acts, Violating federal inmates safety, Human rights

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

*crimes aglent human, th, inhuman treatments of severly mentaly ill, Threatening & intimidating mentaly ill inmate*

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. *as Employees of Federal Bureau of Prisions in order of duty*

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [x] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose. *special Housing unit, 2A Housing unit, 3A housing unit from oct. 15, 2019 to present.*

E.D.Pa. AO Pro Se 14 (Rev. 04/18) Complaint for Violation of Civil Rights

C. What date and approximate time did the events giving rise to your claim(s) occur? Oct. 24, 2019, Oct. 28, 2019, Dec. 16, 2019 @ 7:30 A, Jan. 2, 2020 @ 12 AM, Jan. 10, 2020 @ 11:19 AM, Jan. 16, 2020 @ 10 A, Feb. 10, 20, Feb. 17, 18, 19, 20, 21, 2020 Feb. 24, 2020 @ 8AM + 12:30 PM Feb 26 2020, Feb. 27 20, [redacted] May 3, 5, 10, 13, 15, 20 April 1, 12, March 27 @ 10 P, March 28 4PM – 12 AM, March 24 @ 3PM – 12 A, March 30 @ 9 A

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* Kicked door all night, Harassed, Cheese kicked under foot, threatened, fed tray messed with, unknown off. [illegible] Officer Shrake, Officer Vondie(?), Officer J. James, mail not sent, J. Jones, Dr. A. Powell, not given grievances when asked well after time per rules. Councelor Bastian, Case manager Mudrey lethic transfer abt RMAS rulesway house [illegible] M Mudrigo, refuse Steinas [illegible] cant buy un. through [illegible], Ausbson Not responding to DPA, BRIO, letters warden Dept Ms. Brown + regional warden, How regard, [illegible] Director, illegal fines, excessive sanctions, taking my 3 mo Ato Bitter, Bender not answering Email, Offmobile, short/long sesty phone not allowing to be Catholic con junel at wodan's direction not giving SPOS ramadou in [illegible] Chaplin Keiff, forcing toward SES, entire admin.

**Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. Worsening of injury 152014, Cut on Arm, stitches, red mark from noose around neck, medical eval.

**VI. Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. Order put in for James Halfway House per policy, trans fer to program yard 500 road miles from release address, apply all 10 days a month earned since Dec. 21, 2018 for Halfway house additional, throw out write ups since Dec. 16, 2019 re instate all privileges and money (300, 500, 299) taken at Kings, reinstate money taken Terre Haute (545) OHO fines, single cell or inmate alone rec alone in special housing unit. Typewriter here unit with wheel, Ribbon, cartridges, tape for indigent, also in SHU. FBI investigation institution executive SES, code Halfway SHU. Air? MH allowed wind up rodso in the SHU supplied by staff, Legal call to senators Terry Morin + Cory Gardner etc $50,000 for 14 y to compound into Walk Muslim as catholic, $250,000 cruel + unusual punishment, taking my mattress 3 mos, $50,000 violations of admin strative remedy. $250k violation due process + access to courts, $250,000, strat ling mail $500,000 threat Kings, Malus 29, Bullying, severly mental ill inmate cause $350,000 pain and suffering mis diagnosis, med mal. (apr.) [illegible]-Sept 20 [illegible] ms. Umones.sie (Osteium after 27 years) $15 mill on civil [illegible]

Jan. 12, 2020 SIS Tech (unknow) came in special housing unit to speak with me after threats of suicide. First this wasn't his job and while in restraints in back he stepped to me with aggressive body language and knowing prior incidents with staff being assultive in cuffs he spoke aggressively using curse words telling me I was going to compound when they came in the week to kick me out I had got my 3 writeups for refusing and was 3 mos in to 6 mos needed to transfer. After cursing and yelling at me and telling me I wasn't suicidal even though I had been tyrd for biting arm due to cellmate being threatening and assultive and staff wasn't going to seperate us till I did. ALSO Oct. 24, 2019 same SIS tech did individual investigation for PC, was verified 2014 he only wanted to talk to me or assulting staff in not yelling when I assulted inmate

But was not wrote up like he said it was weapon, threat, Disobeying direct order but this ~~was~~ was 2013, and was all he wanted to talk about my being verified PC 2014 he said was obsolete. This incident had already been investigated by a SIS Lt. in USP McCreary so he failed to investigate properly and unverified me. Again same SIS Tech refused to investigate PC stated, refused to listen when I told him a white inmate pulled a knife out said "your not safe is you go in our cell." even described the inmate he's in the unit I'm housed in currently. SIS Tech said "I was lying" and "he knows me I would have ran screaming like a girl," and refused to investigate. BoP policy states once verified PC on a yard can never been that yard agian. In other words once verified PC somewhere forever verified PC there.

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)? all claims ~~[scribbled out]~~

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E. If you did file a grievance:

1. Where did you file the grievance?

   N/A

2. What did you claim in your grievance?

   N/A

3. What was the result, if any?

   N/A

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: Was never allowed access to Grievances in time period allowed filed several sensative BP-9 to warden no response Filed BP-10 to reyion on OHO never responded

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: Werden Quay, Ms Brown, AW Gibson and Klieu, Capt Hall, Doctor Howard, letters to Director of BOP, Dr Kimble, Councelor Bower sox was the only one who gave response from Dr Kimble and BPB

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. for 3 weeks in SHU councelor Bastian and case manager Mundra played with this policy by not giving forms or reports by Dr to when asked in time allowed to file

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) ~~N/A~~
   Defendant(s) ~~N/A~~

2. Court *(if federal court, name the district; if state court, name the county and State)*

3. Docket or index number

4. Name of Judge assigned to your case

5. Approximate date of filing lawsuit

6. Is the case still pending?
   ☐ Yes
   ☐ No
   If no, give the approximate date of disposition.

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

☐ Yes
☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _____

3. Docket or index number
   _____

4. Name of Judge assigned to your case
   _____

5. Approximate date of filing lawsuit
   _____

6. Is the case still pending?
   ☐ Yes
   ☐ No
   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4-4-20

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Joel Goodwin
Prison Identification #: 19581-031
Prison Address: PO Box 3000
White Deer, PA 17887
City / State / Zip Code

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City / State / Zip Code
Telephone Number: _____
E-mail Address: _____