## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOEL WILLIAM GOODWIN,** | : | |
|     **Plaintiff** | : | |
| | : | No. 1:20-cv-606 |
|     v. | : | |
| | : | (Judge Rambo) |
| **CAPTAIN HALL,** *et al.*, | : | |
|     **Defendants** | : | |

## **ORDER**

**AND NOW**, on this 21st day of July 2022, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. The motion for summary judgment (Doc. No. 39) is **GRANTED**;

2. The court *sua sponte* grants summary judgment in favor of non-moving Defendants Lin, Associate Warden, and Unknown SIS Officer; and

3. The Clerk of Court is directed to enter judgment in favor of Defendants and close this case.

                                            S/Sylvia H. Rambo
                                            United States District Judge